UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 17 2015

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

UNITED STATES OF AMERICA )
) No. 4:15-MJ-5027 JTR
)
)
v. )
)
)
FREDY PEDRAZA aka CHIQUITILLO )
Aka Zorra

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

In order to assure officer safety and to eliminate the risk of flight, the United States requests that the above-styled Complaint and Arrest Warrant be sealed until the pending Arrest Warrant is served upon the defendant and the defendant is in custody.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

*Anne E. Gardner*
BY ANNE E. GARDNER
Assistant U.S. Attorney
Bar No. 41461
P.O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
Anne.Gardner2@usdoj.gov

## ORDER

Pursuant to the above request, the Complaint and Arrest Warrant shall be sealed until the defendant has been arrested and is in custody.

July 17, 2015
DATE

_____
UNITED STATES MAGISTRATE JUDGE

1